# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   SA CV08-0587-DOC(PLAx)                             Date   August 3, 2009

Title   RITA P. DINSMORE-THOMAS -V- AMERPRISE FINANCIAL INC.

| Present: The Honorable | David O. Carter, U.S. District Judge | |
|---|---|---|
| Kristee Hopkins | Debbie Gale | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Rita Dinsmore-Thomas, pro se | Nicolas Daluiso |

Proceedings:   MOTION BY DEFENDANT FOR SUMMARY JUDGMENT AND LIFTING THE TEMPORARY RESTRAINING ORDER

Tentative ruling issued to counsel.

The matter is called. Counsel state their appearances. Argument by counsel.

Motion taken under submission.

                                                                                        :   03

                                                            Initials of Preparer   kh